UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

KELVIN OZIER,

    Plaintiff

v.   CASE NO.: 4:21-cv-00125-TWP-DML

CITY OF JEFFERSONVILLE,
NIKOLAI BOYAR, individually and in his
official capacity as a Jeffersonville Police Officer,
KENNY KAVANAUGH, individually and in his
official capacity as a Chief of Jeffersonville Police Department,
MICHAEL STACEY, individually and in his
official capacity as a Jeffersonville Police Officer, and
JESSE SUMMERFIELD, individually and in his
official capacity as a Jeffersonville Police Officer,

    Defendants

## ORDER OF DISMISSAL

The parties' Stipulation of Dismissal having been submitted for the consideration of the Court, and the Court being fully advised in the premises, and it appearing to the Court that all claims in this cause have been fully resolved, the Court now APPROVES the parties' Stipulation of Dismissal, and,

IT IS HEREBY ORDERED by the Court that this cause be and the same hereby is DISMISSED as to all claims, with prejudice, the parties to pay their own costs, expenses and attorney fees.

Date: 4/27/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all electronically
registered counsel of record via
CM/ECF